UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MISTY D. LEONARD,<br><br>              Plaintiff,<br><br>   vs.<br><br>UNITED STATES OF AMERICA,<br><br>              Defendant. | NO. CV-07-03084-JPH<br><br>ORDER OF DISMISSAL<br>**(Ct. Rec. 18)** |

    The parties jointly move to dismiss. (Ct. Rec. 18.) After review, the Court **grants** the motion (**Ct. Rec. 18**).

    IT IS ORDERED that this matter is dismissed with prejudice and without costs. The Clerk of the Court shall forward copies of this order to counsel for plaintiff and for defendant, and CLOSE the file.

    DATED this 10th day of November, 2008.


                            *s/ James P. Hutton*

                            JAMES P. HUTTON
             UNITED STATES MAGISTRATE JUDGE

ORDER OF DISMISSAL -- 1